# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

APEX BANK

VERSUS

LAKESHORE MARINA, L.L.C. AND
TAMMANY HOLDING COMPANY, LLC

CONSOLIDATED WITH

ROBERT L. TORRES, SR.

VERSUS

APEX BANK AND LATTER & BLUM,
INC.

NO.  2020 CW 0634

**SEPTEMBER 28,2020**

---

In Re:    Robert L. Torres, Sr., as Defendant in Recovention, and LS-WWL, LLC, NL-ROW, LLC, NL-Marina, LLC, and NL-Island, LLC, as Third Party Defendants, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201811466 c/w 201812087.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT